UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
JEFFREY THEODAT,

        Plaintiff,

    -against-

THE CITY OF NEW YORK,
NYPD OFFICER JOEL CROOMS,
JOHN DOE #1, and JOHN DOE #2

        Defendants.
------------------------------X

NOTICE OF APPEARANCE

16- CV-3977

    Sivin & Miller, LLP, by Glenn Miller, Esq., an attorney admitted to practice in this Court, hereby appears in this case as counsel for plaintiff Jeffrey Theodat.

Dated: New York, New York
       August 8, 2016

                  Yours, etc.
                  SIVIN & MILLER, LLP

                  By _____
                  GLENN MILLER, ESQ.
                  20 Vesey St., Suite 1400
                  New York, NY 10007
                  (212) 349-0300