# SIVIN & MILLER, L.L.P.
Attorneys at Law
20 Vesey Street
Suite 1400
New York, New York 10007

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 20 2017

BROOKLYN OFFICE

Glenn D. Miller
Edward Sivin*
---------------
Ciella Douyon
Moses Ahn

*also member of NJ Bar

Phone: (212) 349-0300
Fax:   (212) 406-9462

December 15, 2017

By First Class Mail

Evan F. Jaffe, Esq.
New York City Law Department
100 Church Street
New York, NY 10007

    Re: Theodat v. City of New York,
       16 Civ. 3977 (FB)(JO)

Dear Mr. Jaffe:

  Enclosed please find Plaintiff's Memorandum of Law in Opposition to the Motion for Summary Judgment by Defendants, Plaintiff's Response to Defendants' Rule 56.1 Statement, and the Declaration of Jeffrey Theodat.

          Sincerely,

          /s/ John Knudsen

          John E. Knudsen, Esq.

cc: Honorable Frederic Block

cc: Honorable James Orenstein