UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JEFFREY THEODAT,

                           Plaintiff,

                                                             16 Civ. 3977 (FB)(JO)

      - against -


THE CITY OF NEW YORK, Et Al.,

                           Defendants.
-----------------------------------------------------------------x


**MEMORANDUM OF LAW
IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE**



                                                             JOHN E. KNUDSEN
                                                             <u>Attorney for Plaintiff</u>
                                                             Of Counsel
                                                             Sivin & Miller, LLP
                                                            20 Vesey Street, Suite 1400
                                                            New York, NY 10007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JEFFREY THEODAT,

                       Plaintiff,

                                                                     16 Civ. 3977 (FB)(JO)

        - against -

THE CITY OF NEW YORK, Et Al.,

                       Defendants.
------------------------------------------------------------------x

## Preliminary Statement

      This memorandum of law is submitted on behalf of Plaintiff Jeffrey Theodat in support of his motions in limine set forth below.

## ARGUMENT

## POINT I

### DEFENDANTS SHOULD BE PRECLUDED FROM RAISING PLAINTIFF'S CRIMINAL BACKGROUND

      Defendants should be precluded from raising any aspect of plaintiff's prior criminal history. Plaintiff has been arrested outside of the incident at issue in this matter, but does not have any criminal history that falls within the parameters of Rule 609 of the Federal Rules of Evidence. According to documentation produced by defendants, plaintiff was arrested on several other occasions; to resolve these other arrests, plaintiff pled guilty to disorderly conduct once, and received a couple traffic violations. FRE 609(a) limits admissibility of other criminal conduct to convictions punishable with imprisonment of a year or more, or which go to the credibility of a

witness. Here, the above criminal history fits neither category.[1] Accordingly, defendants should be precluded from raising any aspect of plaintiff's other criminal history in this matter.

## CONCLUSION

For the reasons set forth in this Memorandum of Law, plaintiff's motions in limine should be granted, as well as other relief as the Court deems appropriate.

Dated: White Plains, New York
        June 10, 2019

Respectfully submitted,

  /s/  John Knudsen
JOHN E. KNUDSEN
Of Counsel
Sivin & Miller, LLP
20 Vesey Street, Suite 1400
New York, NY 10007

---

[1] Further, even if the disorderly conduct plea was admissible, it occurred more than 10 years ago, and it would be excluded under FRE 609(b) as the prejudice outweighs any probative value.