# SIVIN & MILLER, L.L.P.
Attorneys at Law
20 Vesey Street
Suite 1400
New York, New York 10007

Glenn D. Miller
Edward Sivin*
---------------
Andrew C. Weiss

*also member of NJ Bar

Phone: (212) 349-0300
Fax:   (212) 406-9462

September 24, 2019

Via ECF

Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

                Re:  Theodat v. City of New York, et. al.
                    Case No. 16-CV-3977 (FB) (JO)

Your Honor:

The undersigned represents plaintiff in the above matter. Per the Court's September 13, 2019 text order, plaintiff hereby notifies the Court that he accepts a remittitur of defendant Crooms' punitive damages from $207,500 to $15,000 and of defendant McDonalds' punitive damages from $150,000 to $5,000. Plaintiff respectfully requests that the Court direct the Clerk to enter judgment against defendants for the revised amount of the verdict.

Thank you for your attention to this matter.

                              Very truly yours,

                              Edward Sivin

ES/lo

Cc:  All counsel (via ECF)